UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| THOMAS HOBSON | PLAINTIFF |
| VERSUS | CIVIL ACTION NO. 1:16CV243-RHW |
| MARSHALL FISHER | DEFENDANT |

## FINAL JUDGMENT

In accordance with the requirement for a separate document pursuant to Federal Rule of Civil Procedure 58(a) and based on the reasons set forth in the Memorandum Opinion and Order entered by this Court granting Defendants' motion for summary judgment, the Court hereby enters its Final Judgment in the above-captioned matter.

It is ordered that Defendants [17] Motion for Summary Judgment is GRANTED and that Plaintiff's 42 U.S.C. § 1983 complaint is DISMISSED with prejudice for failure to exhaust administrative remedies.

SO ORDERED, this the 17th day of March, 2017.

/s/ *Robert H. Walker*
ROBERT H. WALKER
UNITED STATES MAGISTRATE JUDGE